You can use your browser **BACK** button to return to previous page.
[New Case Number]  [Sheriff Service History]  [Notification History]  [Docket Report]  [Account Information]
[Home]

# GD-04-024932        Meenan vs Hudson etal

| | | | |
|---|---|---|---|
| *Filing Date:* | 10/25/2004 | *Case Type:* | Other Tort |
| *Filing Time:* | 3:13:18 | *Court Type:* | General Docket |
| *Related Cases:* | | *Current Status:* | Praecipe for Appearance |
| *Judge:* | No Judge | *Jury Requested:* | No |
| *Amount In Dispute:* | $ .00 | | |

*Click on PartyID hyperlink to see Alternative name for the party.

## Parties

### -- Litigants --

| ID | LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|---|
| @1271757 | Meenan | Raymond | --- | Plaintiff | No Default Address Available | -- | Schwartz Charles M, |
| @1045136 | Hudson | William | --- | Defendant | No Default Address Available | -- | Merrick Suzanne B, |
| WHITEHALL | Whitehall Borough | --- | --- | Defendant | No Default Address Available | -- | Merrick Suzanne B, |

### -- Attorney --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| 22561 | Schwartz | Charles | M | Plaintiff's Attorney | 429 4th Avenue Pittsburgh PA 15219 | (412) 2818075 |
| 47724 | Merrick | Suzanne | B | Defendant's Attorney | One Oxford Centre Suite 1150 Pittsburgh PA 15219 | (412) 6977403 |

### -- Non Litigants --

| ID | LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|---|
| SHRF02 | Sheriff - Allegheny County | --- | --- | Sheriff | Courthouse Room 111 Pittsburgh PA 15219 | -- |

*Click on DocketType hyperlink to see Judgments for that Docket.
Document numbers in the DOCUMENT column may not be consecutive.

**EXHIBIT "A"**

## Docket Entries

| Filing Date | Docket Type | Docket Text | Filing Party | Document |
|---|---|---|---|---|
| | | | | |

| 09/23/2009 | Praecipe for Appearance | Suzanne B.Merrick,Esquire on behalf of William Hudson & Borough of Whitehall. | Hudson William | Document 4 |
| --- | --- | --- | --- | --- |
| 09/09/2009 | Complaint | | Meenan Raymond | Document 3 |
| 12/06/2004 | Sheriff Return | William Hudson served with Writ of Summons on 11/5/04. | Sheriff - Allegheny County | Document 2 |
| 10/25/2004 | Praecipe for Writ of Summons | returnable 11/24/04 | Meenan Raymond | Document 1 |

If you don't have Adobe Acrobat Reader to view documents, you can get it here.